# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

VIVECA HUDSON,                                                        CASE NO.:  6:24-cv-1886

    Plaintiff,

vs.

UNIVERSITY OF CENTRAL FLORIDA
BOARD OF TRUSTEES,

    Defendant.

_____/

## DEFENDANT'S NOTICE OF REMOVAL

    Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant UNIVERSITY OF CENTRAL FLORIDA BOARD OF TRUSTEES through its undersigned counsel, hereby removes to this Court the instant action from the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida, to the United States District Court for the Middle District of Florida. As grounds for removal Defendant states as follows:

    1.    The State Court action was commenced by Plaintiff, VIVECA HUDSON ("Plaintiff"), with the filing of her Complaint on April 23, 2024, and served Defendant on October 2, 2024, in the Circuit Court of the Ninth Judicial Circuit in and for Orange Couty, Florida, (Case No.: 2024-CA-003529-O).

2. This Notice is filed within thirty (30) days after Service of the Complaint and Summons on the Defendant, in accordance with 28 U.S.C. § 1446(b).

3. The Action is properly removable pursuant to 28 U.S.C. §1441(a), which provides:

> Except as otherwise expressly provided by an Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending.

4. Here, the United States District Court has jurisdiction of the Action under 28 U.S.C. § 1331, which provides: "The district shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

5. In Plaintiff's Complaint, Plaintiff alleges that Defendant violated 42 U.S.C. § 1981.

6. Pursuant to 28 U.S.C. § 1441(a), this Court is the proper forum for removal of the Action because it is the federal court for the district and division embracing the place where the state court suit is pending.

7. Pursuant to 28 U.S.C. § 1446(d), Plaintiff is being provided with written notice of the filing of this Notice of Removal.

8. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being filed with the Clerk of the Court for the Circuit Court of the Ninth Judicial Circuit in and for Orange, Florida.

9. Pursuant to 28 U.S.C. § 1446(a) copies of all process, pleadings, papers, and orders served upon the Defendant in the Action are being provided to the Court with this Notice, attached hereto as Exhibit "A".

10. By filing this Notice of Removal, the Defendant does not intend to waive any available defenses; no admission of fact, law or liability is intended by this Notice of Removal, and all defenses, affirmative defenses and motions are hereby reserved.

**WHEREFORE**, Defendant, UNIVERSITY OF CENTRAL FLORIDA BOARD OF TRUSTEES, hereby remove this case from the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida, to the United States District Court for the Middle District of Florida, and respectfully request that the Court exercise jurisdiction over this matter and proceed with resolution of this case as if it had been originally filed herein.

Dated: October 22, 2024

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that I filed this document electronically through the CM/ECF system, which caused the following parties or counsel to be served by

electronic means as more fully reflected on the Notice of Electronic Filing on this 22nd day of October, 2024 to: Anthony M. Georges-Pierre, Esq., **Remer, Georges-Pierre & Hoogerwoerd, PLLC,** 2745 Ponce De Leon Blvd., Coral Gables, FL 33134, agp@rgph.law .

 

                        LYDECKER, LLP
                        *Attorneys for Defendants*
                        1221 Brickell Avenue, 19th Floor
                        Miami, Florida 33131
                        Telephone: (305) 416-3180
                        Facsimile:  (305) 416-3190

By:   */s/  Margaret H. Mevers*
        MARGARET H. MEVERS, Esq.
        Florida Bar No.: 726184
        mhm@lydeckerdiaz.com