UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

VIVECA HUDSON

    Plaintiff,

v.                                                        Case No: 6:24-cv-1886-JSS-LHP

UNIVERSITY OF CENTRAL
FLORIDA BOARD OF TRUSTEES,

    Defendant.
_____/

## ORDER

On Defendant's motion, the court dismissed Plaintiff's amended complaint without prejudice, granting her leave to amend on or before April 18, 2025. (*See* Dkt. 22.) The court then twice sua sponte extended the deadline for Plaintiff to file an amended complaint, (*see* Dkts. 25, 27), giving Plaintiff until May 9, 2025, to amend. The court expressly advised Plaintiff that "failure to timely file a second amended complaint will render the court's order dismissing her complaint without prejudice a final judgment." (Dkt. 25 (internal citation omitted).)

Plaintiff did not timely amend her complaint or ask for additional time to do so. Accordingly, the court's April 3, 2025 order dismissing the amended complaint has become a final judgment. *See Auto. Alignment & Body Serv., Inc. v. State Farm Mut. Auto. Ins. Co.*, 953 F.3d 707, 719–20 (11th Cir. 2020) ("[A]n order dismissing a complaint with leave to amend within a specified time becomes a final judgment if the time

allowed for amendment expires without the plaintiff seeking an extension."). The court therefore lacks jurisdiction over this matter to grant anything other than post-judgment relief. *See id.* ("The only recourse for a plaintiff who seeks to set aside the final judgment is to appeal, Fed. R. App. P. 3, move to alter or amend the judgment, Fed. R. Civ. P. 59(e), or move for relief from the final judgment, Fed. R. Civ. P. 60(b)."); *Bessent v. Biden*, No. 8:22-cv-1865-KKM-CPT, 2023 WL 2024896, at *1 (M.D. Fla. Feb. 15, 2023) ("Of course, a plaintiff may also refile the action if the dismissal was without prejudice and is not otherwise barred by the statute of limitations.").

Accordingly, this action is **DISMISSED without prejudice**. The Clerk is **DIRECTED** to enter judgment accordingly, terminate any pending motions and deadlines, and to close this case.

**ORDERED** in Orlando, Florida, on May 13, 2025.

JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Unrepresented Party
Counsel of Record